# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAIN LAMMEY,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>STARBUCKS CORPORATION, a Washington Corporation; and DOES 1-10,<br><br>　　　　　　　Defendants. | Case No. **2:18-cv-09477-RGK-JC**<br><br>**FINAL JUDGMENT (FED. R. CIV. PROC. 58(D))** |

On June 27, 2019, the Court issued an Order granting Defendant Starbucks Corporation's Motion for Judgment on the Pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure ("Rule 12(c)") and dismissing the Complaint in its entirely, with prejudice. [Docket No. 33.]

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is dismissed with prejudice in its entirety;

2. JUDGMENT IS ENTERED in favor of Defendant Starbucks Corporation; and

3. Plaintiff Dwain Lammey will take nothing by way of the Complaint.

IT IS FURTHER ORDERED that the Clerk of the Court shall issue a judgment for dismissal pursuant to Rule 58(d) consistent with this Order.

DATED: 7/10/19

*Gary Klausner* (signature)

HON. R. GARY KLAUSNER
United States District Court Judge

2

[PROPOSED] FINAL JUDGMENT
4848-8420-3163v.1 0052951-000053

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899